# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Alvarez | CAAP–12–0000838 | 04/08/2015 | Affirmed |
| State v. Harraway | CAAP–12–0000612 | 04/17/2015 | Affirmed |
| Mosier v. Parkinson | CAAP–12–0000541 | 04/22/2015 | Affirmed |
| Yoshii v. State, University of Hawai'i | CAAP–12–0000383 | 04/24/2015 | Affirmed |
| Smith v. State | CAAP–14–0000737 | 04/30/2015 | Affirmed |
| State v. Gouveia | CAAP–14–0000358 | 04/30/2015 | Affirmed |